## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| IVAN TZEKOV, | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| vs. | : | **Civil Action 2:06-0602-KD-C** |
| | : | |
| ALBERTO GONZALES, United States | : | |
| Attorney General, | : | |
| | : | |
| **Respondent.** | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the

issues raised, and there having been no objections filed, the Report and Recommendation of the

Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this

Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** this the 27th day of November, 2006.

s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE